**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

OUTLAW LABORATORY, L.P.,

    Plaintiff,

v.                                                          Case No. 19-11369

A & Z GAS INC., et al.,

    Defendants.

                                          /

## JUDGMENT

In accordance with the court's docket text entry granting Plaintiff's Motion for Default Judgment (ECF No. 28) entered on December 12, 2019,

IT IS ORDERED AND ADJUDGED that judgment is entered for Plaintiff Outlaw Laboratory, L.P., and against Defendants American Spirit Oil, LLC, A B Petro Mart, Inc., Alhalemi Gas & Mart, Inc., and Amaren, Inc., in the amounts listed below which are inclusive of costs and attorneys' fees. Dated at Port Huron, Michigan, January 3, 2020.

1. Plaintiff shall receive a judgment against Defendant American Spirit Oil, LLC, in the amount of $63,703.00.

2. Plaintiff shall receive a judgment against Defendant A B Petro Mart, Inc., in the amount of $63,703.00.

3. Plaintiff shall receive a judgment against Defendant Alhalemi Gas & Mart, Inc., in the amount of $63,703.00.

4. Plaintiff shall receive a judgment against Defendant Amaren, Inc., in the amount of $63,703.00.

Dated: January 3, 2020

                              DAVID J. WEAVER
                              CLERK OF THE COURT

                              <u>S/Lisa Wagner</u>
                              By: Case Manager and Deputy Clerk to
                                    Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\19-11369.OUTLAW.Judgment.RMK.docx